# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 25, 2025

## NO. 03-25-00225-CV

**Austin Achieve Public Schools, Appellant**

**v.**

**BookReport, LLC, Appellee**

**APPEAL FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES TRIANA, CRUMP, AND JONES
AFFIRMED IN PART; REVERSED AND REMANDED IN PART --
OPINION BY JUSTICE JONES**

This is an appeal from the interlocutory order signed by the trial court on March 11, 2025. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's interlocutory order. Therefore, with respect to any monetary relief BookReport might ultimately be awarded that does not exceed any monetary relief granted to Austin Achieve Public Schools ("School"), and which can be used as an offset to School's recovery, the trial court was correct in overruling School's plea to the jurisdiction. We affirm the court's order to that extent. The Court finds the trial court erred in overruling School's plea to the jurisdiction as to BookReport's request for attorney's fees and for monetary relief that might exceed any monetary relief granted to School; we reverse the trial court's order to that extent. Because we hold that BookReport's pleadings do not affirmatively demonstrate an incurable

defect in jurisdiction, we remand the case to the trial court to allow BookReport to amend its counterclaim. School shall pay 1/3 of all costs relating to this appeal, both in this Court and in the court below; BookReport shall pay the remaining 2/3 of all costs.